UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARK ALLEN BILLINGSLEY )<br>) | Case No. 1:13-cr-92<br><br>COLLIER / LEE |

**O R D E R**

    Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Six of the seven-count Indictment; (2) accept Defendant's plea of guilty to Count Six of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count Six of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter (Court File No. 17). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 17) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

    (1)    Defendant's motion to withdraw his not guilty plea to Count Six of the Indictment is **GRANTED**;

    (2)    Defendant's plea of guilty to Count Six of the Indictment is **ACCEPTED**;

    (3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Six of the Indictment;

    (4)    A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(5) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter which is scheduled to take place on **Thursday, April 3, 2014 at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**